# ORIGINAL

## FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. 1983

### UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

IVAN h, MENDEZ
_____
(Enter above the full name of the plaintiff in this action)

V.

Delaware legal System
_____
_____
_____
(Enter above the full name of the defendant(s) in this action)

05 - 30 4

FILED

MAY 1 7 2005

U.S. DISTRICT COURT
DISTRICT OF DEL WARE

I.   Previous lawsuits

    A.   Have you begun other lawsuits in state of federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?

        YES [X]          NO [ ]

    B.   If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

        1.   Parties to this previous lawsuit

        Plaintiffs AS ALL OF YOU KNOW IT ALL VERY WELL DETAILED
_____
_____

        Defendants _____
_____

2. Court (if federal court, name the district, if state court, name the county)

_____

3. Docket Number_____

4. Name of judge to whom case was assigned

_____

5. Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?)

_____

6. Approximate date of filing lawsuit  Ás all Of Dou Know iT all Ver₂ Well Detailed

7. Approximate date of disposition  _____

II.    A.    Is there a prisoner grievance procedure in this institution?  YES ☒  NO [ ]

B.    Did you present the facts relating to your complaint in the state prisoner Grievance procedure:  YES ☒   NO [ ]

C.    If your answer is YES,

1.    What steps did you take?  Ás all Of Dou Know iT

_____

2.    What was the result?  MORE WORSE all The ABUSES Toward MySElf

_____

D.    If your answer is NO, explain why not  _____

_____

E.    If there is no prison grievance procedure in the institution, did you complain to prison authorities?  YES ☒    NO [ ]

F.    If your answer is YES,

1.    What steps did you take?  Ás all Of Dou Know iT alL Ver₂ WeLl Detailed

_____

2.    What was the result?  MORE WORST As all Of Dou Know iT

_____

III.    Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A.    Name of Plaintiff _Ivan h, Mendez_____

Address _Delaware Corr. Center 1181 Paddock Road Smsrna De. 19977_____

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions and place of employment of any additional defendants.)

B.    Defendant _____ is employed as _____

_____ at _____

C.    Additional Defendants _____

_____

_____

_____

IV.    Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments Or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

When Delaware Correctional Center send me to a Delaware psychiatric center in may

Of 2004 in order to parfect some of those who abuses me since november 17 of 2003

until may 17 of 2004 as you can seei and hear every single word on the video cameras

Tape recorded they appointed to me an attorney mr. timoties h. McCinnigs to represent

myself in every hearing and on the first court hearing he send another person (ms john doe)

to represent myself and one day Before the court hearing she came and talked to me

for five minutes on so, so when the court hearing came I asked this judge for my appointed

ATTORNEY MR. TIMOTHY L. HITCHINGS, AND HE GAVE ME ANOTHER COURT HEARING SO WHEN IT WAS ONE WEEK BEFORE THE NEXT COURT HEARING MR. TIMOTHY SEND ANOTHER WOMAN ( MS. JOHN DOE) AND HE ANSWER MY LETTERS AND SEND ME A RESPONSE WHERE HE SAID THAT HE WILL BE HAPPY TO REPRESENT MYSELF AND I SEND TO HIM THE LETTER WHERE HE WAS APPOINTED TO ME AND HE DON'T ANSWERED ME MY LETTERS NO MORE SO I WROTE TO THE OFFICE OF DISCIPLINARY COUNSEL AND ON THE FIRST LETTER THEY SAID THAT THERE IS NOTHING THAT THEY CAN DO FOR ME SO WHEN THE COURT HEARING CAME I TOLD THE JUDGE THAT I NEED MY APPOINTED ATTORNEY SO HE GAVE ME ANOTHER COURT HEARING SO I WROTE TO THE OFFICE OF DISCIPLINARY COUNSEL AND THEY TOLD ME THAT THEY CANNOT ASSIST ME IN THIS MATTER THAT THEY WILL NOT ANSWER ME NO MORE SO IN THE THIRD COURT HEARING WHEN I CAME INSIDE OF THE COURT ROOM MR. TIMOTHY L. HITCHINGS WAS INSIDE AND THE COURT BEGUN AND I TOLD HIM THAT ONCE AGAIN THEY GOT CAUGHT ON THE VIDEO CAMERAS TAPE RECORDER, AND THE COURT ENDED AND HE DON'T DO NOTHING FOR ME, SO THE JUDGE GIVE ME ANOTHER COURT HEARING, SO MR. TIMOTHY L. TOLD ME THAT HE WILL TALK TO ME, BUT HE DON'T TALKED TO ME, AND BEFORE THE COURT HEARING CAME THEY SEND ME BACK TO A SMYRNA DELAWARE AT DELAWARE CORRECTIONAL CENTER SO I DON'T TALK TO HIM AT ALL

V.    Relief

(State briefly exactly what you want the courts to do for you. Make no legal arguments. Cite no cases or statutes.)

JUSTICE Con I HAVE SPENDY ALMOST A SEAN IN DELAWARE PSYCHIATRIC CENTER

AND ALL Con PROTECT SOME OF THOSE WHO HAVE ABUSED ME

_____

_____

_____

Signed this ___TWELVE___ day of ___MAY_____, 20_05_.

IVAN L MENDEZ
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

___05/12/05___
Date

IVAN L MENDEZ
(Signature of Plaintiff)

-4-



U.S.M.S
X-RAY

I/M John L. Meadox
SBI# 433356    UNIT S5441 # 23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

UNITED STATES DISTRICT COURT
844 N. KING ST. LOCKBOX 18
WILMINGTON, DELAWARE
    19801-3570
    U.S.A