# FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. 1983

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

05 cv 304

Ivan H. Mendez
(Enter above the full name of the plaintiff in this action)

V.

Delaware legal System

FILED
MAY 20 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(Enter above the full name of the defendant(s) in this action)

I.  Previous lawsuits

   A. Have you begun other lawsuits in state of federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   YES [X]          NO [ ]

   B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

       1.  Parties to this previous lawsuit

       Plaintiffs as all of you know it all very well decided _____

       Defendants _____

2. Court (if federal court, name the district, if state court, name the county)

   _____

3. Docket Number _____

4. Name of judge to whom case was assigned

   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit AS AN OF YOU KNOW IT ALL VERY WELL DETAILED

7. Approximate date of disposition _____

II. A. Is there a prisoner grievance procedure in this institution? YES [X] NO [ ]

B. Did you present the facts relating to your complaint in the state prisoner Grievance procedure: YES [X] NO [ ]

C. If your answer is YES,

   1. What steps did you take? AS ALL OF YOU KNOW IT

   2. What was the result? MORE WORST ALL THE ABUSES TOWARD MYSELF

D. If your answer is NO, explain why not _____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? YES [X] NO [ ]

F. If your answer is YES,

   1. What steps did you take? AS ALL OF YOU KNOW IT ALL VERY WELL DETAILED

   2. What was the result? MORE WORST AS ALL OF YOU KNOW IT

Hearing came I asked the Judge for my appointed attorney Mr. Timothy h. Hitchings and he gave me another court hearing so when it was one week before the next court hearing Mr. Timothy send another woman (Ms. John Doe) and he send me a letter on response of my letters that I send it to him where he said that he will be hard to represent me and I send to him the letter where he is appointed to me and he don't answer me no more so I write again to the office of Disciplinary Counsel and on the first letter they said that there is nothing that they can do to assist me on this matter so when the second court came I told the Judge again that I need my designated attorney and he gave me another court hearing so I wrote again to the office of Disciplinary Counsel and they told me that they cannot assist me in this matter that they will not answer me not more so on the third court hearing when I came inside of the court room Mr. Timothy h. Hitchings was on there and the court began and I remember him that once again some of them got caught on the video cameras tape recorded and the court end it and he don't do nothing for me so the Judge give me another court hearing so Mr. Timothy h. told me that he will talk to me but he don't talked to me and before the court hearing came they send me back to Smyrna at Delaware Corr. Center so I don't talk to him at all

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A.  Name of Plaintiff _Ivan L. Mendez_

   Address _Delaware Corr. Center 1181 Paddock Road Smyrna Delaware 19977_

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions and place of employment of any additional defendants.)

B.  Defendant _____ is employed as _____

   _____ at _____

C.  Additional Defendants _____

   _____

   _____

   _____

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments Or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

When Delaware Corr. Center send me to a Delaware Psuchiatric Center in mab of 2004 in order to protect those who abused me since November 17 of 2003 until mab 17 of 2004 as you can see it and hear every single word on the video cameras tape recorded they appointed to me an atorney Mr. Timothy L. [illegible] to represent myself in every court hearing so on the first court hearing he send another person (Ms. Joun Doe) to represent myself and one day before the court hearing she came and talk to me for five minutes or so and it was one day before the court hearing so when the

-3-

V.  Relief

(State briefly exactly what you want the courts to do for you. Make no legal arguments. Cite no cases or statutes.)

JUSTICE FOR I HAVE SPEND IT ALMOST A YEAR IN DELAWARE PSYCHIATRIC CENTER AND ALL FOR PROTECT SOME OF THOSE WHO HAVE ABUSED ME

Signed this EIGHTEEN day of MAY, 2005.

_IVAN L. MENDEZ_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

05/18/05          IVAN L. MENDEZ
Date              (Signature of Plaintiff)

-4-



United States District Court
844 N. King St. Lockbox 18
Wilmington Delaware
19801-3570
U.S.A