# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

CS. 304 (JJF)

TO: Ivan Mendez    SBI#: 453357

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: June 15, 2005

FILED

JUN 23 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of
December, 2004 to May 31, 2005.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|-------|----------------------|
| Dec | (-9.55) |
| Jan | (-9.55) |
| Feb | (-9.55) |
| March | (-9.55) |
| April | (-9.55) |
| May | (9.55) |

Average daily balances/6 months: (9.55)

Attachments
CC: File

Stacy Shane
6/15/05

Brian D Engram
Notary 6-15-05

# Individual Statement - No Transactions This Month

Date Printed: 6/14/2005                                                                                    Page 1 of 1

## For Month of December 2004

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($9.55) |
|-----|-----------|------------|----|--------|------------------|---------|
| 00453351 | Mendez | Ivan | | | | |
| Current Location: | 23 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------------------------------|--------------|------------------|--------------|---------|

| | | | | Ending Mth Balance: | ($9.55) |
|--|--|--|--|--|--|

# Individual Statement - No Transactions This Month

Date Printed:  6/14/2005                                                                                    Page 1 of 1

## For Month of January 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($9.55) |
|---|---|---|---|---|---|---|
| 00453351 | Mendez | Ivan | | | | |
| Current Location: | 23 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

| | | | | | Ending Mth Balance: | ($9.55) |

## Individual Statement – No Transactions This Month

Date Printed:  6/14/2005                                                                                    Page 1 of 1

## For Month of February 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($9.55) |
|-----|-----------|------------|-----|--------|------------------|---------|
| 00453351 | Mendez | Ivan | | | | |
| Current Location: | 23 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------------------------------|--------------|------------------|--------------|---------|

| | | | | | Ending Mth Balance: | ($9.55) |

# Individual Statement - No Transactions This Month

Date Printed:  6/14/2005                                                                 Page 1 of 1

## For Month of March 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($9.55) |
|---|---|---|---|---|---|---|
| 00453351 | Mendez | Ivan | | | | |
| Current Location:  23 | | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

| | | | | | Ending Mth Balance: | ($9.55) |
|---|---|---|---|---|---|---|

## Individual Statement

Date Printed: 6/14/2005

Page 1 of 1

## For Month of April 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | ($9.55) |
|-----|-----------|------------|----|--------|------------------|--|---------|
| 00453351 | Mendez | Ivan | | | | | |
| Current Location: | 23 | | | Comments: QOLP2 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|------------|------|------------------------------|--------------|------------------|---------|---------|--------------|-------|------------|
| Pay-To | 4/8/2005 | $0.00 | $0.00 | ($10.18) | ($9.55) | 91884 | | DST/POSTAGE | |

Ending Mth Balance:        ($9.55)

Date Printed: 6/14/2005

**Individual Statement**

## For Month of May 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | ($9.55) |
|-----|-----------|-----------|-----|--------|------------------|---|---------|
| 00453351 | Mendez | Ivan | | QOLP2 | | | |

Current Location:  23          Comments:  QOLP2

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|-----------|------|------|------|------|------|------|------|------|------|
| Supplies-MailP | 5/19/2005 | $0.00 | $0.00 | ($3.73) | ($9.55) | 109338 | | 4/7/05 | |
| Pay-To | 5/19/2005 | $0.00 | $0.00 | ($0.23) | ($9.55) | 109478 | | DST/POSTAGE | |
| Pay-To | 5/25/2005 | $0.00 | $0.00 | ($17.34) | ($9.55) | 111558 | | DST/POSTAGE | |
| Pay-To | 5/25/2005 | $0.00 | $0.00 | ($1.38) | ($9.55) | 111571 | | DST/POSTAGE | |
| Pay-To | 5/25/2005 | $0.00 | $0.00 | ($1.61) | ($9.55) | 111604 | | DST/POSTAGE | |
| Supplies-MailP | 5/26/2005 | $0.00 | $0.00 | ($3.32) | ($9.55) | 112304 | | 4/5/04 | |

Ending Mth Balance:          ($9.55)



I/M IVAN L. CRENDEZ
SBI# 463351     UNIT-SHU #23     C-U-3
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. DISTRICT COURT
844 N. KING STE. LOCK BOX 18
WILMINGTON DELAWARE
19801-3570
U.S.A